## STATE ex CROY v INDUSTRIAL COMMISSION

Ohio Supreme Court
No 21992. Decided March 5, 1930

Kinkade, Matthias, Day and Allen, JJ., concur. Marshall, CJ., dissents.

## CLEVELAND RY CO v GOLDMAN etc.

Ohio Supreme Court
No 21855. Decided March 5, 1930

Marshall, CJ., Kinkade, Jones, Matthias, Day and Allen, JJ., concur.

## CLARK et etc v P U C

Ohio Supreme Court
No 21972. Decided March 5, 1930

Marshall, CJ., Kinkade, Jones, Matthias and Allen, JJ., concur.

## STATE v REDD

Ohio Supreme Court
No 21963. Decided March 5, 1930